UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: STEVEN WAYNE BONILLA | No. 2:25-cv-01564-JAM-CSK |
| | No. 2:25-cv-01636-JAM-CSK |
| | No. 2:25-cv-01637-JAM-CSK |
| | No. 2:25-cv-01638-JAM-CSK |
| | No. 2:25-cv-01642-JAM-CSK |
| | No. 2:25-cv-01643-JAM-CSK |
| | No. 2:25-cv-01644-JAM-CSK |
| | No. 2:25-cv-01647-JAM-CSK |
| | No. 2:25-cv-01650-JAM-CSK |
| | No. 2:25-cv-01651-JAM-CSK |
| | **ORDER** |

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious

1

1 litigant and ordered the Clerk of the Court not to file or assign a civil case number to any
2 proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in
3 Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.
4 13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of
5 the Court to open a new case for each attempted new pleading and assign it to the Court for
6 review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's
7 Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

8     The Court has reviewed the complaints/petitions filed in the above-captioned cases and
9 finds they are related to Plaintiff's Alameda County criminal conviction.

10     Accordingly, IT IS HEREBY ORDERED that 2:25-cv-01564, 2:25-cv-01636, 2:25-cv-
11 01637, 2:25-cv-01638, 2:25-cv-01642, 2:25-cv-01643, 2:25-cv-01644, 2:25-cv-01647, 2:25-cv-
12 01650 and 2:25-cv-01651 are **DISMISSED**; the Clerk of the Court is **DIRECTED** to **CLOSE**
13 these cases.  **No further filings will be accepted**.

14
15 Dated: June 23, 2025     /s/ John A. Mendez
16     THE HONORABLE JOHN A. MENDEZ
    SENIOR UNITED STATES DISTRICT JUDGE